HAIR and Others v. WEAVER, in Error.

*Tuesday,
August 1.*

THE Court in this case held, that although a defendant may demur to one count of a declaration, and plead to another, yet that he cannot demur and plead, at the same time, to the same count. 5 Bac. Abr. 457, 458 (1).

(1) There is no such thing ever known *at law*, as pleading and demurring to the same matter; and the act of parliament for the amendment of the law, does not allow of this, but only to demur to one matter, and to plead to another. Per Ld. *Hardwicke*, in *Dormer* v. *Fortescue*, 2 Atk. 282, 284.—So, *in Chancery*, it is an established rule in pleading, that a defendant cannot plead or answer, and demur to the same matter: the former will overrule the latter. It is inconsistent for a defendant to say, he ought not to answer to a bill; and yet to answer to it fully. The rule appears in all the books that treat on the subject. 3 P. Wms. 80, 81. 2 Atk. 284. Coop. Tr. of Pl. 113. Beames' Plead. 40.———— Per *Kent*, C., 6 Johns. Ch. Rep. 214. Vide Stat. 4 *Anne*.—Ind. Stat. 1817, p.

July Term,   27; 1823, p. 292.   In *Va.* it is held, that, under their statute, a defendant
**1820.**    may plead and demur to the same count.   *Waller's* Ex'rs v. *Ellis*, 2 Munf. 88.